UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-00140-JA-KRS

ACCESS 4 ALL, INC.
and JOE HOUSTON,

    Plaintiffs,
v.

ROSS DRESS FOR LESS, INC.,

    Defendant.
_____/

## STIPULATION OF SETTLEMENT AND FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Access 4 All, Inc. and Joe Houston, and Defendant, Ross Dress for Less, Inc., pursuant to Fed. R. Civ. P. 41(a), and having entered into an agreement to settle this action, stipulate to the dismissal of this action and each claim which was or could have been brought therein, **with prejudice**. *Provided* the dismissal of this action shall not operate as bar to any subsequent action to enforce the terms of the parties' settlement agreement.

Respectfully submitted,

| | |
|---|---|
| FULLER, FULLER & ASSOCIATES, P.A.<br>Attorneys for Plaintiffs<br>Suite 609<br>12000 Biscayne Boulevard<br>North Miami, Florida 33181<br>Tel.: 305-891-5199<br>Fax: 305-893-9505 | LITTLER MENDELSON, P.C.<br>Attorneys for Defendant<br>One Biscayne Tower – Suite 1500<br>2 S. Biscayne Boulevard<br>Miami, Florida 33131<br>Tel.: 305-400-7500<br>Fax: 305-603-2552 |
| By: /s/ Lawrence A. Fuller<br>Lawrence A. Fuller, Esq.<br>Florida Bar No. 0180470<br>E-Mail: lfuller@fullerfuller.com | By: /s/ Courtney B. Wilson<br>Courtney B. Wilson, Esq.<br>Florida Bar No. 614580<br>E-Mail: cwilson@littler.com |
| Dated:  July 20, 2011 | Dated:  July 20, 2011 |

Firmwide:102866782.1 022233.2305